UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
__Tyler__ DIVISION

__Jesse Van Myers__
__5222 County Rd. 486__
__Tyler, TX 75706__
Name of Plaintiff(s)

Case Number: __6:12cv473__
__MHS/JKG__

vs

__Sharon Roy, Tyler ISD__
__1319 New Sunnybrook Dr.__
__Tyler, TX 75706__
Name of Defendant(s)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2. Plaintiff, __Jesse Van Myers__ (name of plaintiff), is a citizen of the United States and resides at __5222 CR 486__ (street address), __Tyler__ (city), __Smith__ (county), __Texas__ (state), __75706__ (zip), __(214)574-0259__ (telephone).

3.. Defendant, __Sharon Ray, Tyler ISD__, resides at, or its business is
(name of defendant)

located at __1319 News Sunnybrook Dr.__, __Tyler__,
(street address) (city)

__Smith__, __Texas__, __75706__, __(903)262-1000__
(county) (state) (zip) (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant

at __John Tyler High School__, __Tyler__,
(street address) (city)

__Smith__, __Texas__, __75702__.
(county) (state) (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about __January 4, 2011__.
(month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about __November 11, 2011__.
(month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on __May 5, 2012__.
(month day, year)

8. Because of plaintiff's (1) ✓ race, (2) ____ color, (3) ____ sex, (4) ____ national origin, defendant: (5) ✓ age

   a. ✓ failed to employ plaintiff.

   b. ✓ terminated plaintiff's employment.

   c. ____ failed to promote plaintiff.

   d. ✓ Other Harassment during and after termination

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

   All instances are included within the attached "COMPLAINT OF DISCRIMINATION".

10. The acts set forth in paragraph 9 of this complaint:

    a. \_\_\_\_\_ are still being committed by defendant.

    b. \_\_\_\_\_ are no longer being committed by defendant.

    c. ✓ defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a. \_\_\_\_\_ Defendant be directed to employ plaintiff.

    b. ✓ Defendant be directed to re-employ plaintiff.

    c. \_\_\_\_\_ Defendant be directed to promote plaintiff.

    d. ✓ Defendant be directed to *pay back wages* and that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

*Jesse V. Myers*
(Signature of Plaintiff)