IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JESSE VAN MYERS | § | |
| v. | § | CIVIL ACTION NO. 6:12CV473 |
| TYLER INDEPENDENT SCHOOL DISTRICT, *et al.* | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contain her findings, conclusions, and recommendation for the disposition of Defendant's Motion to Dismiss (document #18) has been presented for consideration.  The Report and Recommendation (document #20) recommends that the Motion to Dismiss be granted and that Plaintiff's claims against Defendant Sharon Roy be dismissed with prejudice.  No written objections have been filed.  The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is

**ORDERED** that the Motion to Dismiss (document #18) is **GRANTED** and the claims against Defendant Sharon Roy are **DISMISSED** with prejudice.

**It is SO ORDERED.**

 **SIGNED this 6th day of February, 2013.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE